**Opinion issued March 18, 2021**



In The

# Court of Appeals

### For The

# First District of Texas

———————————

## NO. 01-21-00060-CV

———————————

## BUREAU VERITAS COMMODITIES AND TRADE, INC., Appellant

## V.

## RICHARD SCOTT ALLINSON, JOSEPH CHAPMAN, JOSHUA HUSVAR, STEFANUS NEL, AND COTECNA INSPECTION, INC., Appellees

---

### On Appeal from the 215th District Court
### Harris County, Texas
### Trial Court Case No. 2020-51445

---

### MEMORANDUM OPINION

Appellant, Bureau Veritas Commodities and Trade, Inc., appealed from the trial court's January 13, 2021 order denying appellant's application for a temporary injunction. Appellant has filed an unopposed motion to dismiss the appeal, representing that it "no longer seeks to appeal" the trial court's January 13, 2021

order.  No other party has filed a notice of appeal, and no opinion has issued.  *See* TEX. R. APP. P. 42.1(a)(1), (c).  Further, appellant's motion includes a certificate of conference representing that appellees, Richard Scott Allinson, Joseph Chapman, Joshua Husvar, Stefanus Nel, and Cotecna Inspection, Inc., do not oppose the relief requested in appellant's motion.  *See* TEX. R. APP. P. 10.3(a)(2).

Accordingly, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f).  We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Countiss, Rivas-Molloy, and Guerra.